IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



FILED
SEP -7 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

---------------------------------------------------------x
:
**WhitServe LLC,** :
:
            **Plaintiff,** : Misc. Action No.
: 1:11-mc-00024-TSE -IDD
v. :
:
**Dennemeyer & Co. LLC, et al.** :
:
            **Defendants.** :
---------------------------------------------------------x

## STIPULATED DISMISSAL AS MOOT

The parties to this miscellaneous discovery action stipulate to this dismissal of this action as moot on the following grounds:

1. Plaintiff WhitServe LLC ("WhitServe") filed a patent infringement action against several defendants, including Patrix USA, Inc. and Patrix AB (together, "Patrix"), in the federal court in Connecticut. *WhitServe LLC v. Dennemeyer & Co. LLC, et al.*, No.3:10-cv-01182 RNC (D. Conn. filed July 27, 2010). WhitServe and Patrix have entered into a settlement agreement to resolve and dismiss the Connecticut Action with prejudice.

2. This miscellaneous matter is before the Court on two motions to quash: one filed by Patrix, and the other filed by Birch Stewart Kolasch & Birch LLP ("BSKB"). BSKB is a customer of Patrix, which had been served with a Rule 45 subpoena in this District by WhitServe to obtain discovery for use in the Connecticut Action.

3. Based on the settlement of the Connecticut Action, this miscellaneous discovery action now is moot.

WHEREFORE, WhitServe, Patrix, and BSKB now stipulate that this miscellaneous action, together with the pending motions to quash, should be dismissed as moot, each party to bear its own costs and fees.

SO ORDERED this 7th day of Sep 2011.

Alexandria, Virginia

_____
Ivan D. Davis
United States Magistrate Judge

WE STIPULATE TO THIS:

_____
Craig C. Reilly, Esq., VSB # 20942
111 Oronoco Street
Alexandria, Virginia, 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-2604
Email: craig.reilly@ccreillylaw.com

Gene S. Winter
Stephen Ball
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905

ATTORNEYS FOR PLAINTIFF
WHITSERVE LLC

_____
Michael B. Marion, Esq.
BIRCH, STEWART, KOLASCH
 & BIRCH LLP
8110 Gatehouse Road
Suite 100E
Falls Church, VA 22042-1248
Tel: (703) 205-8000
Fax: (703) 205-8050
Email: mbm@bskb.com

ATTORNEYS FOR NON-PARTY BIRCH,
STEWART, KOLASCH & BIRCH LLP

_____
D. Joseph English
DUANE MORRIS LLP
Suite 1000
505 9th St., N.W.
Washington, D.C. 20004-2166
Telephone: (202) 776-5228
Facsimile: (202) 478-0667
E-mail: DJEnglish@duanemorris.com

Lewis F. Gould, Jr.
Jeffrey S. Pollack
Matthew C. Mousley
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1282
Facsimile: (215) 689-2410
E-mail: LFGould@duanemorris.com
MCMousley@duanemorris.com
JSPollack@duanemorris.com

ATTORNEYS FOR DEFENDANTS
PATRIX AB AND PATRIX USA, INC.

WHEREFORE, WhitServe, Patrix, and BSKB now stipulate that this miscellaneous action, together with the pending motions to quash, should be dismissed as moot, each party to bear its own costs and fees.

        SO ORDERED this _____ day of _____ 2011.

Alexandria, Virginia

                                          _____
                                          Ivan D. Davis
                                          United Magistrate Judge

**WE STIPULATE TO THIS:**

_____
Craig C. Reilly, Esq. VSB # 20942
111 Oronoco Street
Alexandria, Virginia, 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-2604
Email: craig.reilly@ccreillylaw.com

Gene S. Winter
Stephen Ball
ST.ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905

ATTORNEYS FOR PLAINTIFF
WHITSERVE LLC

_____
Michael B. Marion, Esq.
BIRCH, STEWART, KOLASCH
   & BIRCH LLP
8110 Gatehouse Road
Suite 100E
Falls Church, VA 22042-1248
Tel: (703) 205-8000
Fax: (703) 205-8050
Email: mbm@bskb.com

ATTORNEYS FOR NON-PARTY BIRCH, STEWART, KOLASCH & BIRCH LLP

_____
D. Joseph English
DUANE MORRIS LLP
Suite 1000
505 9th St., N.W.
Washington, D.C. 20004-2166
Telephone: (202) 776-5228
Facsimile: (202) 478-0667
E-mail: DJEnglish@duanemorris.com

Lewis F. Gould, Jr.
Matthew C. Mousley
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1282
Facsimile: (215) 689-2410
E-mail: LFGould@duanemorris.com
MCMousley@duanemorris.com
JSPollack@duanemorris.com

ATTORNEYS FOR DEFENDANTS
PATRIX AB AND PATRIX USA, INC.

2